IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MATTHEW J. WALTER                         )
and HEIDI A. WALTER,                       )
                                           )
             Plaintiffs,                   )   TC-MD 101049B
                                           )
      v.                                   )
                                           )
DEPARTMENT OF REVENUE,                     )
State of Oregon,                           )
                                           )
             Defendant.                    )   **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

An Order of Abeyance was issued in this case by Magistrate Jeffrey S. Mattson on October 5, 2010, holding this matter in abeyance "pending resolution of Plaintiffs' 2006 federal income tax appeal, or until further order of the court." A member of the court operations team telephoned Plaintiffs on December 22, 2011, and requested a written status report concerning Plaintiffs' federal appeal. Plaintiffs verbally agreed to submit a written status report. Having received no further communication from Plaintiffs, the court sent the parties a Journal Entry on January 9, 2012, requesting that Plaintiffs file a written status report within 14 days of the date of the Journal Entry. The Journal Entry advised that failure to comply with the deadlines set forth therein might result in dismissal of Plaintiffs appeal.

Plaintiffs' deadline has passed and the court has not received Plaintiffs' written status report or any further communication from Plaintiffs. Under such circumstances, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

IT IS THE DECISION OF THIS COURT that this matter is reactivated.

IT IS DECIDED that this matter is dismissed.

Dated this ___ day of January 2012.

_____
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on January 31, 2012.  The Court filed and entered this document on January 31, 2012.*